UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ROSNER,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLPATH, et al.,<br><br>          Defendants. | No. 1:24-cv-01145-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 7) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 31, 2024, the Court screened Plaintiff first amended complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint.  (ECF No. 7.)  On November 21, 2024, the Court granted Plaintiff thirty additional days to file an amended complaint.  (ECF No. 10.)  Plaintiff has failed to comply with the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **January 7, 2025**                             _____
                                                                              STANLEY A. BOONE
                                                                              United States Magistrate Judge

1