|   |   |
|---|---|
| JESSIE ROSNER, | No. 1:24-cv-01145-SAB (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| v. | (ECF No. 13) |
| SEAN, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 31, 2024, the Court screened Plaintiff first amended complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint. (ECF No. 7.)

On November 21, 2024, the Court granted Plaintiff thirty additional days to file an amended complaint. (ECF No. 10.) Plaintiff failed to respond to the Court's order. Therefore, on January 7, 2025, the Court issued an order to show cause why the action should not be dismissed. (ECF No. 11.) On January 23, 2025, Plaintiff filed an extension of 30 days to file an amended complaint. (ECF No. 12.) On January 24, 2025, the Court discharged the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 13.)

///

Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge